IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

| | |
|---|---|
| TRUDELL MEDICAL INTERNATIONAL, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| D R BURTON HEALTHCARE LLC, | ) ) ) |
| Defendant. | ) |

Case No.: 4:19-cv-00131-D

## ORDER

IT IS HEREBY ORDERED that the Unopposed Motion to Reflect Name Change is GRANTED.

SO ORDERED. This **29** date of April, 2025.

JAMES C. DEVER III
United States District Judge